COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

NOS. 2-08-413-CR 

2-08-414-CR 

2-08-415-CR 

2-08-416-CR

 

THOMAS CRAIG BUCKBEE                                                    APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM
THE 396TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Appellant Thomas Craig Buckbee attempts to appeal
from his convictions for robbery, deadly conduct, and unlawful possession of a
firearm.  We must dismiss an appeal if
the trial court=s
certification shows that the appellant has no right of
appeal.[2]  Here, appellant pleaded guilty as part of a
plea-bargain agreement, which the trial court followed, and the trial court
certified that appellant has no right to appeal. The record supports the trial
court=s certification.

We notified
appellant by letter that his appeal was subject to dismissal based on the trial
court=s certification unless he filed a response showing grounds for
continuing the appeal.  No response has
been filed.  Accordingly, we dismiss the
appeal.[3]

 

PER
CURIAM

 

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  January 22, 2009      











[1]See Tex.
R. App. P. 47.4. 





[2]See Tex.
R. App. P. 25.2(d). 





[3] See
id.; Tex. R. App. P. 43.2(f).